EMMA MCFADDEN, Appellant, v. GLADYS I. CHASE, as Executrix of CHARLES W. CHASE, Deceased, Respondent.— Per Curiam.

